WESTERN NEW YORK LAND CONSERVANCY, INC., Respondent, v JOHN S. CULLEN et al., Appellants.

Submitted May 3, 2010; decided June 29, 2010

Motion for reargument of motion for leave to appeal denied [see 14 NY3d 705 (2010)].